IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN Re Mark Mazza                              22-13245



NOTICE OF APPEAL

Debtor hereby appeals the order of Judge Ashely M. Chan which is attached hereto.

Docketed 5/18/23

Mark Mazza

Certificate of Service

I hereby certify the below named were served with the attached notice of appeal by U.S. postal service first class mail-

Judge Ashely M. Chan
Robert N.C. Nix Sr. Federal Courthouse
900 Market st. Suite 204
Phila. Pa. 19107

Marisa cohen ,Esq.
McCabe Weisberg Conway
1420 Walnut St Suite 1501
Phila Pa. 19102

_____

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Mark D. Mazza<br>Debtor | Chapter 7<br>Bankruptcy No. 22-13245-AMC |
| The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA10 Mortgage Pass-Through Certificates, Series 2006-OA10, or its Successor or Assignee<br>Movant<br>vs.<br>Bonnie B. Finkel, Trustee, Trustee<br>Mark D. Mazza<br>Respondents | |

## ORDER

Upon consideration of the Motion for Relief from Stay, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, MODIFIED to permit The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA10 Mortgage Pass-Through Certificates, Series 2006-OA10, or its Successor or Assignee to proceed with a quiet title action and/or ejectment action and, without limitation, to exercise any other rights it has under the mortgage or with respect to the property located at: 1271 Farm Road, Berwyn, Pennsylvania 19312. Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this order granting relief from the automatic stay; it is further;

ORDERED and DECREED that Debtor shall be bound by this Order in any conversion of the instant bankruptcy case or in any subsequently filed bankruptcy case. Any future Automatic Stays issued relating to the interest in the subject property of Movant shall be null and void and will not prevent the foreclosure of the Mortgaged Premises from proceeding and from being valid in all respects, and Movant shall not be required to obtain relief from any automatic stay that would otherwise be imposed by the filing of any subsequent case.

Dated: May 17, 2023

_____
Ashely M. Chan
United States Bankruptcy Judge

cc.:
Marisa Myers Cohen, Esquire
McCABE, WEISBERG & CONWAY, LLC
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
PA. I.D. # 87830